# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| JULIA RIELINGER, *et al.*, | ) | Case No. 1:26-cv-995 |
| | ) | |
| Plaintiffs, | ) | Judge J. Philip Calabrese |
| | ) | |
| v. | ) | Magistrate Judge |
| | ) | James E. Grimes, Jr. |
| CLEVELAND CHINATOWN | ) | |
| DEVELOPMENT LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## <u>ORDER</u>

Plaintiff Julia Rielinger, proceeding without a lawyer, commenced this action on November 25, 2025 in the District of New Hampshire. (ECF No. 1.) Plaintiff filed motions for the United States Marshals Service to complete service on her behalf (ECF No. 5; ECF No. 6), but those motions were denied because she paid the filing fee and became responsible for timely and properly effectuating service on Defendants (Order, Jan. 13, 2026).

On February 24, 2026, Plaintiff moved for alternative service of process and an extension of time to complete service. (ECF No. 9.) On March 19, 2026, Plaintiff filed notice that service was perfected on Defendants Cleveland Chinatown Development LLC and Nancy Liang. (ECF No. 11.) Then, on March 24, 2026, Plaintiff renewed her motion for alternative service of process for the remaining Defendants: FNU Huang; David Thompson; John Doe Movers 1–5; Debra Brown; and Philip McCall. (ECF No. 15.)

That same day, the Magistrate Judge issued a report and recommendation that the case be transferred to the Northern District of Ohio and that all pending motions be denied as moot.  (ECF No. 16.)  On April 13, 2026, the District Court Judge adopted the report and recommendation and denied as moot all pending motions, including Plaintiff's motions for alternative service of process.  (ECF No. 19.)  The case was transferred to the Northern District of Ohio on April 28, 2026.  (ECF No. 20.)

Under Rule 4(m), the deadline to serve a defendant is "within 90 days after the complaint is filed."  Fed. R. Civ. P. 4(m).  "If a defendant is not served within 90 days after the complaint is filed, the court . . . must dismiss the action without prejudice against that defendant or order that service be made within a specified time."  *Id.*

Here, Plaintiff was unable to complete service on all Defendants before transfer of the case to the Northern District of Ohio.  Additionally, in transferring the case, the District of New Hampshire denied all of Plaintiff's pending motions, including her motions for alternative service of process.  Accordingly, the Court **ORDERS** Plaintiff to complete service no later than May 25, 2026.

**SO ORDERED.**

Dated:  May 4, 2026

_____
J. Philip Calabrese
United States District Judge
Northern District of Ohio

2