IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:26CV00995JPC |
| | ) | |
| Plaintiff, | ) | JUDGE J. PHILIP CALABRESE. |
| | ) | |
| -vs- | ) | |
| | ) | |
| CLEVELAND CHINATOWN | ) | **NOTICE OF APPEARANCE** |
| DEVELOPMENT LLC, et al. | ) | **AS COUNSEL** |
| | ) | |
| Defendants, | ) | |
| | ) | |

Now comes Paul V. Wolf, Attorney at Law, and hereby enters his appearance as counsel for Defendants Cleveland Chinatown Development LLC and Shaojia Huang.

Kindly direct all future notices and correspondence to the undersigned counsel.

/s/ *Paul V. Wolf*
PAUL V. WOLF (0038810)
Law Offices of Paul V. Wolf
700 West St. Clair Ave., Ste. 400
Cleveland, Ohio 44113-1274
(216) 241-0300
Fax:  (216) 241-2731
Email: paulvwolf@hotmail.com
Attorney for Defendants Cleveland Chinatown Development LLC and Shaojia Huang

## PROOF OF SERVICE

The foregoing have been served on this 15th day of May, 2026 upon Julia Rielinger, Pro Se, located at 5 Tsienneto Road, Derry, NH  03038, through the Court's electronic filing system this 30th day of May, 2025.

/s/ *Paul V. Wolf*
PAUL V. WOLF (0038810)
Attorney for Defendants Cleveland Chinatown Development LLC and Shaojia Huang