FILED

MAY 2 2 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF OHIO**

**EASTERN DIVISION**

| | |
|---|---|
| **JULIA RIELINGER, Plaintiff** | ) Case No. 1:26-CV-995 |
| v. | ) |
| **CLEVELAND CHINATOWN DEVELOPMENT LLC,** | ) Judge: CALABRESE |
| **et al., Defendants** | ) |

**PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' UNTIMELY ANSWER, DENY AND STRIKE DEFENDANTS' RULE 11 MOTION, AND FOR ENTRY OF DEFAULT**

Plaintiff Julia Rielinger respectfully moves this Court for an Order striking Defendants' untimely Answer, denying and striking Defendants' Rule 11 sanctions motion, and entering default pursuant to Rules 12 and 55 of the Federal Rules of Civil Procedure because Defendants have intentionally presented false facts to this Court, their misrepresentation is sanctionable and their failure to follow federal rules and procedures along with their intentional false representation are the ground for their motions to be stricken.

**I. PROCEDURAL VIOLATIONS**

**a) Federal Rule 12 violation**

Defendants have been personally served, served through certified mail, regular post office mail and email on and before Feb 24, 2026, please see the Exhibit I,

1

the service has been returned and filed with the Court, Defendants Cleveland Chinatown Dev LLC, Nancy Liang and Shaojia Huang have acknowledged that they have received the proper service, no return from post office to indicate the address served is incorrect. In their Answer, they admitted that they were properly served. According to Federal Rule 12, they have obligation to file answer within 21 days from Feb 24, 2026, but they failed to file timely answer within the time permitted under the Federal Rule 12 of Civil Procedure. Defendants also did not seek leave of Court, request an extension, or demonstrate excusable neglect prior to filing their Answer. Procedurally Defendants have violated Federal Rule 12 and filed the answer over 60 days late, that conduct exhibited total disrespect toward the Federal Rules therefore their answer is subjected to be dismissed due to failure to follow Federal Rule 12 and its mandatory procedures.

b) **Federal Rule 11 violation**

Federal Rule of Civil Procedure 11(c)(2) requires that sanctions motions be filed with relevant facts and can not be abused and misused as summary judgment please see Exhibit II.

c) **DEFENDANTS' RULE 11 MOTION IS IMPROPER**

Accordingly, Defendants' Rule 11 allegations are factually wrong and should be stricken. First Amendment to US Constitution protects all citizens' access to courts. Defendants wrongfully abused Federal Rule 11 and wrongfully relied on the supposed void vexatious-litigator declaration from state court that was issued without mandatory hearing nor evidentiary findings nor due process protections required under Ohio law and constitutional principles but bad faith litigation, because of the severe due process

2

violation, it is under review of this Court. With severe civil rights violation and illegal weaponization concerned by current administration, therefore the void declaration is also reviewed by various governmental and regulatory authorities. Defendant's attorney sent email to Plaintiff trying to coerce deprive Plaintiff's constitutional rights with supposed void state declaration after they violated Ohio Civil Procedural Rules and Constitutional Due Process at Cleveland Municipal court multiple times for over a year and disregard this Court Rule by knowingly violating Federal Rule 12. Because of citizenship diversity, legal issue of federal court concerned constitutional rights and amount of damage exceeding $75000, Cleveland Municipal Court is lack of jurisdiction for the legal issues presented to this Court. The legal issues in front of this Court are not state court of appeal issues because the State Court has no personal nor subject matter jurisdiction. This Court possesses subject matter jurisdiction over Plaintiff's federal constitutional and diversity-based claims, including claims involving due process violations, property violation and damages exceeding $75000. Defendants' Answer and Motion for Sanction are lack of good faith, therefore the Defendant's frivolous abuse of Rule 11 should be held contempt in court. Please see attached frivolous motion for sanction emailed from Defendants' attorney therefore according to Rule 11, their motion for sanction should be stricken if it is filed because it lacks good faith.

Defendants improperly attempt to misuse Rule 11 as a substitute for ordinary merits litigation. That is abuse of legal process. Plaintiff filed the Complaint based upon a good-faith factual and legal basis. In Answer, Defendants argued that this Court has no jurisdiction by intentionally presenting false facts. In Motion to Sanction, Defendants admit this Court has jurisdiction. This inconsistency is the ground for the Defendants'

3

motion for sanction to be stricken if it is filed and it is also the ground for Defendants' untimely Answer to be stricken.

## II.MISREPRESENTATION OF FACTS

**a) Defendants intentionally made multiple false representation to this Court.**

Defendants knowingly and intentionally made false representation to this Court. In their Answer, they stated that all parties are residents of Ohio. Please see Exhibit III which shows Plaintiff is and has been resident of NH and the four frivolous eviction filings were sent to Plaintiff's NH home address by Defendants. This intentional misrepresentation is fraud in court and sanctionable, therefore their motion of answer shall be dismissed and stricken.

b) **The claims in the complaint in front of this Court is constitutional issue** because through out Defendants' four frivolous eviction filings at Cleveland Municipal Court, Defendants illegally listed Plaintiff as Defendant in the evictions in which she has had no lease with Cleveland Chinatown Dev LLC. Defendants did not allow Plaintiff participate in any hearings to defend herself while the agent for the two companies that have leases with Cleveland Chinatown Dev LLC was never served, in counterclaim hearings at the municipal court, Defendants asked the magistrate to exclude Plaintiff at hearing while the hearing is public hearing, anyone can attend let alone they filed frivolous actions, destroyed Plaintiff's reputation but not allow Plaintiff to defend herself and to be heard, there has been severe multiple due process violations and due process is federal court issue. The damage from Defendants' due process violation is amount to mil dollars, way exceeding the municipal court limit, and only this Court has jurisdiction. Defendants' statement in their Answer about Plaintiff having option to file counterclaim at Cleveland

4

Municipal Court is false and misrepresentation to this Court because Defendants obtained the eviction illegally by not serving the right party, ambushing the right party with void evictions, listing Plaintiff as wrong party and not allowing Plaintiff to be included in any of her counterclaim hearings to present truth. This Court has jurisdiction because of the citizenship diversity, intentional due process violation which is federal issue and damage from that violation which exceeds $75000. In Defendants' frivolous motion for sanction, Defendants admit this Court has jurisdiction. The supposed void state declaration does not strip Plaintiff's constitutional rights for protection from this Court. Because of intentional misrepresentation in Defendants' Answer and Motion for Sanction, this Court has inherent authority to hold Defendants contempt in court.

**III.LEGL REASONS**

A) Federal Rule of Civil Procedure 11(b)(3) requires that attorneys and parties to have good faith factual and legal basis for the factual contentions presented to the Court. Defendants failed to timely comply with Federal Rule 12 and subsequently filed an untimely Answer without first seeking leave of Court or request an extension.

Defendants further attempt to use Rule 11 to litigate disputed factual and legal issues involving jurisdiction, residency, service, due process, property deprivation and loss from due process violation claims, Rule 11 is not a substitute for ordinary merits litigation, discovery, or factual adjudication.

Plaintiff respectfully submits that Defendants' Rule 11 motion is procedurally and substantively improper and should therefore be denied and stricken if it is filed.

B) Rule 12 (f) -Motion to Strike

5

FRCP 12 (f) allows the court to strike: * insufficient defenses, * immaterial matter *impertinent matter * scandalous matter

Defendants intentionally made multiple false representation of facts in their Answer and Motion for Sanction. Defendants' motions involve deliberate deception, bad faith, intentional misrepresentation of truth and facts, repeated false representations. The Court has inherent authority to stop and sanction bad faith litigation. According to FRCP 12(f), their Answer and Motion for Sanction shall be stricken, Defendants should be held contempt for their bad faith litigation.

C) Federal Rule 12-Answer to be Filed within 21 Days

According to Federal Rule 12, when the Defendants were served on and around Feb 24, 2026 through valid complete personal service, email, certified mail and regular mail, the returned and approved acknowledged service were filed at Court on and around Feb 24, 2026, Defendants are obligated to file answer within 21 days from Feb 24, 2026.  Defendants failed to answer within the required time and failed to seek leave or extension. Therefore, Defendants violated Federal Rule 12

D) Federal Rule 55 supports Clerk Entry of Default

Pursuant to Federal Rule 55, when the Defendants violated Federal Rule 12, Clerk may enter default upon proper request and showing.  Defendants failed to timely answer or otherwise respond within the period required under Federal Rule 12 following service completely on or around Feb 24, 2026. Defendants further failed to seek leave of Court, request an extension or demonstrate excusable neglect prior to filing their untimely Answer. Defendants' answer filed on and

6

around May 20, 2026, over three months later, without leave nor request for extension after the valid service was complete three months ago therefore Plaintiff requests that the Court strike Defendants' untimely Answer and Defense and permit entry of default pursuant to Rule 55.

## II. RELIEF REQUESTED

Plaintiff respectfully requests that this Court:

A. Strike Defendants' untimely Answer;

B. Deny and strike Defendants' Rule 11 motion;

C. Enter default pursuant to Rule 55; and

D. Grant such other relief as the Court deems proper.

Respectfully submitted,

*Julia Rielinger*

Julia Rielinger, Plaintiff

5 Tsienneto Road, #177

Derry, NH 03038

Email: juliarielinger@yahoo.com

## CERTIFICATE OF SERVICE

This motion is served on all parties according to the address in court record via US Postal Service and Court electronic system.

*Julia Rielinger*
Julia Rielinger, Plaintiff

7