# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| JULIA RIELINGER, *et al.*, | ) | Case No. 1:26-cv-995 |
|  | ) |  |
| Plaintiffs, | ) | Judge J. Philip Calabrese |
|  | ) |  |
| v. | ) | Magistrate Judge |
|  | ) | James E. Grimes, Jr. |
| CLEVELAND CHINATOWN | ) |  |
| DEVELOPMENT LLC, *et al.*, | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |

## ORDER

According to the docket, Plaintiff completed service on Defendant Nancy Liang on March 19, 2026.  (ECF No. 12.)  However, Defendant has failed to answer, move, defend, or otherwise appear in response to Plaintiff's complaint.  Under Rule 55(a), the Court **DIRECTS** the Clerk to enter Nancy Liang's default.  Further, the Court **ORDERS** Plaintiff to file a motion for a default judgment, with proper support for all relief sought, no later than June 11, 2026.

**SO ORDERED.**

Dated: May 29, 2026

J. Philip Calabrese
United States District Judge
Northern District of Ohio