# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

JULIA RIELINGER,           )   Case No. 1:26-cv-995
                              )

    Plaintiff,          )   Judge J. Philip Calabrese
                              )

v.                     )
                              )
                              )

CLEVELAND CHINATOWN  )
DEVELOPMENT, LLC, *et al.*,  )
                              )
    Defendants.

## ENTRY OF DEFAULT

The Court enters default against Defendant Nancy Liang on May 29, 2026. Christian M. Capece, Clerk of Court. By Angela Yesiolowski, Deputy Clerk.

Dated:  May 29, 2026