FILED

MAY 2 9 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **JULIA RIELINGER,** | ) | **Case No. 1:26-cv-00995-JPC** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Judge J. Philip Calabrese** |
| | ) | |
| **CHINATOWN DEVELOPMENT LLC, et al.,** | ) | |
| Defendants, | ) | |
| | ) | |
| And | ) | |
| | ) | |
| **DEBRA BROWN and PHILIP McCALL,** | ) | |
| Defendants-Movants. | ) | |


**DEFENDANTS DEBRA BROWN AND PHILIP McCALL'S MOTION TO DISMISS OR STAY THIS ACTION AS DUPLICATIVE OF EARLIER-FILED FEDERAL CASE (1:26-cv-00103-CEF)**

Defendants **Debra Brown** and **Philip McCall**, pro se, respectfully move this Court to **dismiss** or, in the alternative, **stay this action** under the **first-filed rule** and the **duplicative litigation doctrine**, because Plaintiff is attempting to litigate the same dispute in two separate federal cases in the same district.

The earlier-filed case, **Julie Robert v. Brown, McCall, and CubeSmart, Case No. 1:26-cv-00103-CEF**, was filed on **January 15, 2026**, and has been actively litigated for months. That case involves the **same parties**, the **same factual nucleus**, the **same property**, the **same events**, and the **same allegations** that Plaintiff now attempts to re-assert in this later-filed action.

1

Because the Fleming case is the **first federal action naming Brown and McCall**, and because it is **active, advanced, and awaiting judicial rulings**, this later-filed case must be dismissed or stayed to prevent duplicative litigation, inconsistent rulings, and waste of judicial resources.

MEMORANDUM IN SUPPORT

I. INTRODUCTION

This lawsuit is a **second federal action** asserting the same claims Plaintiff is already litigating in Case No. 1:26-cv-00103-CEF. Plaintiff is attempting to pursue **parallel federal cases** against

the same defendants based on the same events, same property, same dates, and same alleged conduct.

Federal courts do not permit this. When two federal cases involve the same parties and the same issues, the **first-filed case controls**, and the later case must be dismissed, stayed, or consolidated.

## II. PROCEDURAL HISTORY

### A. First-Filed Case: 1:26-cv-00103-CEF (Judge Fleming)

- Filed **January 15, 2026**.

- Names **Debra Brown** and **Philip McCall** as defendants.

- Involves the same property, same storage unit, same events of December 2025–February 2026.

- A **3.25-hour evidentiary hearing** was held on April 29, 2026.

- Exhibits were admitted; motions were ruled on.

- The Court has taken the preliminary injunction request **under advisement**.

- The case is **active and ongoing**.

### B. Later-Filed Case: 1:26-cv-00995-JPC (This Case)

- Originated in New Hampshire on **November 25, 2025**, but **Brown and McCall were not defendants** at that time.

- Plaintiff added Brown and McCall **months later**, in February/March 2026.

- The NH court transferred the case to Ohio on April 13, 2026.

- Plaintiff now seeks to litigate the same allegations again in this new case.

## C. As to Brown and McCall, the Fleming case is the first-filed federal action.

The first-filed rule is applied **from the perspective of the parties being sued**, not the plaintiff's filing history.

Brown and McCall were first sued in **1:26-cv-00103**, not in New Hampshire.

## III. THE TWO CASES ARE DUPLICATIVE

Both cases involve:

- the same parties (Plaintiff vs. Brown & McCall)

- the same property (Unit 218, CubeSmart, antiques, medical inventory, tools)

- the same events (Dec 12–13, 2025; Feb 2026)

- the same allegations (theft, conversion, harassment, property destruction)

- the same damages

- the same requested relief

The complaints are nearly word-for-word identical in many sections.

## IV. LEGAL STANDARD

4

Federal courts apply the **first-filed rule** when two actions involve the same parties and issues. The later case must be dismissed, stayed, or transferred to avoid:

- inconsistent rulings

- duplicative discovery

- unnecessary burden on the courts

- harassment of defendants

The Sixth Circuit recognizes this doctrine to preserve judicial economy and fairness.

## V. ARGUMENT

### A. The Fleming case is the first federal action involving Brown and McCall.

Filed January 15, 2026 — months before Plaintiff added Brown and McCall to the NH case.

### B. The Fleming case is far more advanced.

- Full evidentiary hearing held

- Exhibits admitted

- Motions ruled on

- Judge Fleming has taken matters under advisement

### C. Allowing this case to proceed would cause prejudice and inconsistent rulings.

Two federal judges would be asked to decide the same issues.

### D. Plaintiff is engaging in improper claim-splitting.

5

She is attempting to litigate the same dispute twice.

## VI. RELIEF REQUESTED

Defendants **Debra Brown** and **Philip McCall** respectfully request that this Court:

1.  DISMISS this action as duplicative of Case No. 1:26-cv-00103-CEF;

    OR

2.  STAY this action pending resolution of Case No. 1:26-cv-00103-CEF;

    OR

3.  CONSOLIDATE this case into Case No. 1:26-cv-00103-CEF.

## CONCLUSION

For the foregoing reasons, Defendants Brown and McCall request that this Court dismiss or stay this later-filed duplicative action.

Respectfully submitted,

/s/ Debra Brown

10705 Grace Avenue

Garfield Heights, OHIO 44125

(216) 253-0863

DEBRABATTLES@MSN.COM

/s/ Philip McCall

10705 Grace Avenue

Garfield Heights, OHIO 44125

(216) 253-1574

NOTJUSTANOTHERHEDGEHOG@GMAIL.COM

Pro Se Defendants