# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JULIA RIELINGER,<br>　　　　　　　　Plaintiff<br><br>v.<br><br><br><br>CLEVELAND CHINATOWN<br>DEVELOPMENT LLC, et al.,<br><br><br><br>　　　　　　　　Defendants | Case No.  1:26-cv-00995-JPC<br><br>Hon. J. Philip Calabrese<br><br>**DEFENDANT NANCY LIANG'S ANSWER**<br>***INSTANTER*** |

Now comes Defendant Nancy Liang ("Defendant Liang"), acting as my own counsel, hereby files this Answer in response to the Second Amended Complaint filed by Plaintiff Julia Rielinger ("Plaintiff").

1.　　　Defendant Liang denies the allegations contained in Paragraph 1 of Plaintiff's Second Amended Complaint due to lack of sufficient knowledge or information.

2.　　　Defendant Liang denies the allegations contained in Paragraph 2 of Plaintiff's Second Amended Complaint due to lack of sufficient knowledge or information.

3.　　　Defendant Liang expressly denies the allegations contained in Paragraph 3 of Plaintiff's Second Amended Complaint, except that Plaintiff was evicted lawfully from a property owned and operated by Defendant Liang's client. With regard to the remainder of the allegations contained in Paragraph 3, Answering Defendant Liang demands strict proof thereof.

4.　　　Defendant Liang admits the allegations contained in Paragraph 4 of Plaintiff's Second Amended Complaint.

5.      Defendant Liang admits that Defendant Liang is a licensed attorney in the State of Ohio but denies the remainder of the remaining allegations in Paragraph 5 of Plaintiff's Second Amended Complaint. Defendant Liang acted at all times within the scope of my professional duties as an attorney representing Cleveland Chinatown Development LLC in legal proceedings before the Cleveland Municipal Court. Defendant Liang further states that I did not make any false statements to any court, and any statements made were truthful, based on my client's representations, and protected by the absolute litigation privilege.

6.      Defendant Liang admits that Defendant Huang is a member of Cleveland Chinatown Development but denies the remainder of the allegations contained in Paragraph 6 of Plaintiff's Second Amended Complaint.

7.      Defendant Liang denies the allegations contained in Paragraph 7 of Plaintiff's Second Amended Complaint.

8.      Defendant Liang denies the allegations contained in Paragraph 8 of Plaintiff's Second Amended Complaint.

9.      Defendant Liang denies the allegations contained in Paragraph 9 of Plaintiff's Second Amended Complaint.

10.      Defendant Liang denies the allegations contained in Paragraph 10 of Plaintiff's Second Amended Complaint.

11.      Defendant Liang denies the allegations contained in Paragraph 11 of Plaintiff's Second Amended Complaint.

12.      Defendant Liang denies the allegations contained in Paragraph 12 of Plaintiff's Second Amended Complaint because at the time of the events giving rise to this cause of action, all the parties were residents of the State of Ohio.

13.     Defendant Liang expressly denies the allegations contained in Paragraphs 13, 14 and 15 of Plaintiff's Second Amended Complaint and demands strict proof thereof.

14.     Defendant Liang expressly denies the allegations contained in Paragraphs 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31 and 32 of Plaintiff's Second Amended Complaint and demand strict proof thereof.

15.     Defendant Liang denies the allegations contained in Paragraph 33 of Plaintiff's Second Amended Complaint and demands strict proof thereof.

16.     Defendant Liang expressly denies the allegations contained in Paragraphs 34, 35, 36, 37, 38, 39, 40, 41, 42 and 43 of Plaintiff's Second Amended Complaint and demands strict proof thereof.

17.     Defendant Liang expressly denies the allegations contained in Paragraphs 2 and 3 of "Count I" of Plaintiff's Second Amended Complaint and demand strict proof thereof.

18.     Defendant Liang expressly denies the allegations contained in Paragraphs 2, 3, 4, 5, and 6 of "Count II" of Plaintiff's Second Amended Complaint and demand strict proof thereof.

19.     Defendant Liang expressly denies the allegations contained in Paragraphs 2 and 3 of "Count III" of Plaintiff's Second Amended Complaint and demand strict proof thereof.

20.     Defendant Liang expressly denies the allegations contained in Paragraphs 2, 3 and 4 of "Count IV" of Plaintiff's Second Amended Complaint and demand strict proof thereof.

21.     Defendant Liang expressly denies the allegations contained in Paragraphs 2, 3, 4 and 5 of "Count V" of Plaintiff's Second Amended Complaint and demand strict proof thereof.

22.     Defendant Liang expressly denies the allegations contained in Paragraphs 1 and 2 of "Count VI" of Plaintiff's Second Amended Complaint and demand strict proof thereof.

23.     Defendant Liang expressly denies the allegations contained in Paragraphs 1 and 2 of "Count VII" of Plaintiff's Second Amended Complaint and demand strict proof thereof.

3

24. Defendant Liang expressly denies the unenumerated allegation contained under "Count VIII" of Plaintiff's Second Amended Complaint and demand strict proof thereof.

25. Defendant Liang expressly denies the allegations contained in Paragraphs 1, 2 and 3 of "Count IX" of Plaintiff's Second Amended Complaint and demand strict proof thereof.

26. Defendant Liang expressly denies the allegations contained in Paragraphs 1, 2, 3 and 4 (improperly labeled as another Paragraph 3) of "Count X" of Plaintiff's Second Amended Complaint and demand strict proof thereof.

27. Defendant Liang expressly denies the allegations contained in Paragraphs 2, 3 and 4 of "Count XI" of Plaintiff's Second Amended Complaint and demand strict proof thereof.

28. Defendant Liang expressly denies the allegations contained in Paragraphs 2, 3 and 4 of "Count XII" of Plaintiff's Second Amended Complaint and demand strict proof thereof.

29. Defendant Liang expressly denies the allegations contained in Paragraphs 2, 3 and 4 of "Count XIII" of Plaintiff's Second Amended Complaint and demand strict proof thereof.

30. Defendant Liang expressly denies the unenumerated paragraph recited under "Count XIV" of Plaintiff's Second Amended Complaint and demand strict proof thereof.

31. Defendant Liang expressly denies the allegations contained in Paragraphs 2, 3 and 4 of "Count XV" of Plaintiff's Second Amended Complaint and demand strict proof thereof.

32. Defendant Liang expressly denies the allegations contained in Paragraphs 2 and 3 of "Count XVI" of Plaintiff's Second Amended Complaint and demand strict proof thereof.

33. Defendant Liang expressly denies the allegations contained in Paragraphs 1, 2, 3, 4 and 5 of the section of Plaintiff's Second Amended Complaint that is labeled as "IV Damages and Relief" and demand strict proof thereof.

## PRAYER FOR RELIEF

1.    Plaintiff is not entitled to any of the relief demanded of Defendant Liang in the Complaint.

## SECOND DEFENSE

2.    Plaintiff's Second Amended Complaint in whole or in part, fails to state a claim upon which relief can be granted.

## THIRD DEFENSE

3.    Plaintiff's claims are barred by Failure of Service of Process.

## FOURTH DEFENSE

4.    Some or all of Plaintiff's claims are barred by claim preclusion and/or issue preclusion under the Doctrines of Res Judicata and Collateral Estoppel.

## FIFTH DEFENSE

5.    Plaintiff's claims violate Rule 11(b) of the Federal Rules of Civil Procedure as the claims contained in the Second Amended Complaint are frivolous and simply meant to harass, intimidate and coerce Answering Defendant Liang.

## SIXTH DEFENSE

6.    Plaintiff's claims are barred by the Doctrine of Unclean Hands.

## SEVENTH DEFENSE

7.    Some or all of Plaintiff's claims were compulsory counterclaims to the Cleveland Municipal Court eviction action and, accordingly, are barred and must fail.

## EIGHTH DEFENSE

8.    The United States District Court has neither federal question nor diversity jurisdiction over the claims presented in Plaintiff's Second Amended Complaint and, accordingly, lacks subject matter jurisdiction.

## NINTH DEFENSE

9.      Defendant Liang acted in good faith at all times relevant hereto. All statements, allegations, and conduct of Defendant Liang occurring during the course of the underlying eviction proceedings are protected by the absolute litigation privilege under Ohio common law. The conduct complained of was at all times lawful, undertaken in good faith, and within the scope of Defendant Liang's professional duties as an attorney.

## TENTH DEFENSE

10.      Plaintiff's claims are barred by the equitable doctrines of laches, unclean hands, waiver, and estoppel. This defense also may apply to the claims of some or all of the class of allegedly similarly situated persons.

## ELEVENTH DEFENSE

11.      Defendant Liang respectfully requests reservation of the right to plead additional defenses, and other matters of defense, to the Complaint by way of amendment after further discovery.

**WHEREFORE**, having fully answered, Defendant Liang prays that:

1.      Judgment be rendered in my favor and against Plaintiff;

2.      This Court dismisses the Complaint with prejudice as to Defendant Liang;

3.      Defendant Liang be awarded their costs and disbursements, including reasonable cost; and

4.      This Court grants to Defendant Liang such other relief as justice requires.

Respectfully submitted,

/s/  *Yan Liang*

6

Yan Liang (0088121)
Liang Law Firm, LLC
2142 Fenway Drive
Beachwood, Ohio 44122
PH:  (216) 233-0609 | FX:  (216) 364-0505
EM:  lianglawfirmllc@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing ANSWER OF DEFENDANT LIANG was filed electronically using the CM/ECF system on this 12th day of July 2026.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

 /s/   Yan Liang
Yan Liang (0088121)